JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOUTHOUSE APPAREL, INC., et al., | Case No. CV 20-11439 FMO (GJSx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 20th day of July, 2021.

/s/
Fernando M. Olguin
United States District Judge